UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE CARLOS GONZALEZ PEREDA,

Petitioner,

v. Case No.: 2:26-cv-02948-SPC-NPM

WARDEN, GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.

/

**OPINION AND ORDER**

Before the Court are Jose Carlos Gonzalez Pereda's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc.4).

Gonzalez Pereda, a noncitizen in immigration detention, sought habeas relief from this Court in *Gonzalez Pereda v. Warden, Glades County Detention Center*, M.D. Fla. Case No. 2:26-cv-2215-SPC-NPM. The Court granted the petition in part and ordered the respondents to either bring Gonzalez Pereda before an immigration judge for a bond hearing with certain guardrails or release him from custody. On August 16, 2026, an immigration judge found the Department of Homeland Security proved he posed a risk of flight and denied release on bond. In a post-judgment motion, Gonzalez Pereda argued the bond hearing did not comply with the Court's order. The Court disagreed

and denied the motion, noting it does not have jurisdiction to review an immigration judge's discretionary bond decision. *See* 8 U.S.C. § 1226(e).

About two months later, Gonzalez Pereda filed the instant petition. It does not raise any new issues. The Court finds that he received due process in the form of a bond hearing at which the government carried the burden of proof. The proper way to challenge the result of the bond hearing was appeal to the Board of Immigration Appeals. Accordingly, Gonzalez Pereda's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on November 11, 2026.

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

SA: FTMP-1
Copies: All Parties or Record